■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TEJADA, Appellant.—Order of this court entered on August 18, 1988 [143 AD2d 51], which unanimously reversed a judgment of the Supreme Court, New York County (Irving

Lang, J.), rendered on April 23, 1987, and remitted the matter for a new trial (which order was vacated by an order of this court entered Nov. 10, 1988 [144 AD2d 267]), is reinstated. No opinion. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.